JOSEPH KIRCHNER
Pro Se Plaintiff
4440 Parklawn Avenue #203
Edina, MN 55435
legal@lawsofexistence.com
(612) 552-2122



FILED BY _____ D.C.

MAR 18 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JOSEPH KIRCHNER,
     Plaintiff,

vs.

ALEXANDER ACOSTA, et al.,
    Defendants.

Case No. _____

**NOTICE OF PENDING, REFILED,
RELATED OR SIMILAR ACTIONS**

1

## RELATED CASES

### Case 1: Kirchner v. Johnson

| Field | Information |
|---|---|
| Case Name | *Kirchner v. Johnson, et al.* |
| Court | United States District Court for the District of Columbia |
| Case Number | 1:25-cv-02735-ACR |
| Judge | Hon. Ana C. Reyes |
| Filing Date | August 19, 2025 |
| Status | Pending |

### Case 2: Kirchner v. Ellison

| Field | Information |
|---|---|
| Case Name | *Kirchner v. Ellison, et al.* |
| Court | United States District Court for the District of Minnesota |
| Case Number | 0:26-cv-00726-JWB-ECW |
| Judge | Hon. Jerry W. Blackwell |
| Magistrate Judge | Hon. Elizabeth Cowan Wright |
| Filing Date | January 27, 2026 |
| Status | Pending |

## RELATIONSHIP TO PRESENT ACTION

### A. Common Plaintiff and Analytical Framework

1.   Joseph Kirchner is the plaintiff in all three actions.

2.   All three cases apply the **Madisonian Separation of Powers Objective Compliance Test** (MEMO B) to identify constitutional violations through the same six-step analytical framework, demonstrating the test's universal applicability across federal and state constitutional contexts.

2

### B. Kirchner v. Johnson (D.C.) — Federal Executive Branch Violations

**3.** The D.C. case documents ongoing federal executive conduct that this complaint cites as evidence, including:

- Attorney General Bondi's refusal to investigate Cabinet-level testimony regarding Epstein operations
- FBI Director Patel's identification of the 2008 immunity grants as the "original sin" underlying current institutional dysfunction
- Coordinated abandonment of fraudulent "credible evidence" framework upon judicial scrutiny
- Statistical analysis proving coordination under *Interstate Circuit* standards

**4.** This complaint requests judicial notice of D.C. case filings pursuant to Fed. R. Evid. 201(b)(2).

### C. Kirchner v. Ellison (Minnesota) — State Executive Branch Violations

**5.** The Minnesota case demonstrates the **systematic pattern** of separation of powers violations across governmental levels. While involving different subject matter (state attorney general statutory authority), the case:

- Applies the identical Madisonian six-step test to state constitutional structure
- Documents executive branch officials exceeding enumerated authority
- Establishes that separation of powers violations follow predictable patterns identifiable through objective textual analysis

**6.** The Minnesota case is referenced in this Petition as evidence that separation of powers violations are not isolated incidents but systematic failures requiring judicial adoption of an objective compliance test.

### D. Different Defendants, Complementary Claims

**7.** Each case names different primary defendants:

- **This case**: Alexander Acosta (individual capacity) and Attorney General (official capacity)
- **D.C. case**: Speaker Johnson, Attorney General Bondi, FBI Director Patel, and others

3

• **Minnesota case**: Attorney General Keith Ellison and Governor Tim Walz

8.    **No risk of inconsistent judgments**: The cases address distinct governmental actors and time periods while sharing a common analytical framework that courts can apply consistently.

## E.  The Constitutional Pattern

9.    Collectively, these cases demonstrate that separation of powers violations occur at federal and state levels, across executive branch functions, when officials exceed enumerated authority without objective judicial standards to identify and remedy such exceedances.  This pattern supports the urgent need for judicial adoption of the Madisonian Objective Compliance Test proposed in MEMO B.

## CERTIFICATION

Plaintiff certifies that this Notice is filed in good faith compliance with Local Rule 3.8 and that Plaintiff will continue to notify this Court of any additional related actions that come to Plaintiff's attention.

**Respectfully submitted,**

**JOSEPH KIRCHNER**
*Pro Se Plaintiff*
4440 Parklawn Avenue #203
Edina, MN 55435
legal@lawsofexistence.com
(612) 552-2122
**DATED:** March 13, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2026, I served a true and correct copy of the foregoing **NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS** upon all parties via the same method of service as the Complaint.

_____
**JOSEPH KIRCHNER**
*Pro Se Plaintiff*

4